UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                          Case No. 18-48463

DUSHAWN JOHNSON,           Chapter 7

           Debtor.                 Judge Thomas J. Tucker
_____/

**ORDER DENYING THE DEBTOR'S MOTION FOR RECONSIDERATION,
BUT WAIVING FILING FEE FOR MOTION TO REOPEN CASE**

       This case is before the Court on the Debtor's motion entitled "Ex-Parte Motion for Order Reopening and Reinstating the Chapter 7 Case to Allow Debtor to Fix Deficiency and Waive Filing Fee to Reopen and Reinstate Case," filed July 30, 2018 (Docket # 17, the "Motion"), which the Court construes as a motion for reconsideration of, and for relief from, the June 21, 2018 Order dismissing this case (Docket # 10).

       The Court finds that the Motion fails to demonstrate a palpable defect by which the Court and the parties have been misled, and that a different disposition of the case must result from a correction thereof. *See* Local Rule 9024-1(a)(3).

       In addition, the Court finds that the allegations in the Motion do not establish excusable neglect under Fed.R.Civ.P. 60(b)(1), Fed.R.Bankr.P. 9024, or any other valid ground for relief from the order dismissing this case.

       NOW, THEREFORE,

       IT IS ORDERED that to the extent the Motion seeks a waiver of a filing fee for the motion to reopen, it is granted, and any such filing fee is waived.

       IT IS FURTHER ORDERED that in all other respects, the Motion is denied.

**Signed on July 31, 2018**



/s/ Thomas J. Tucker
**Thomas J. Tucker
United States Bankruptcy Judge**